UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTWAIN EUGENE BLAKE,

    Plaintiff,

v.   Case No: 6:19-cv-2101-Orl-18DCI

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

THIS CAUSE concerns Plaintiff Antwain Eugene Blake's appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") ceasing his disability benefits. On July 23, 2020, the United States Magistrate Judge issued a report and recommendation (the "Report and Recommendation") recommending that the Commissioner's decision be affirmed (Doc. 26). After review of the Report and Recommendation (Doc. 26) and noting that no timely objections have been filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 26) is **APPROVED** and **ADOPTED** and made part of this Order for all purposes, including appellate review.

2. The Commissioner's decision is **AFFIRMED**.

3. The Clerk of Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida, this _20_ day of August, 2020.

                        G. KENDALL SHARP
                        SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record